# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **JAMES WILLIAM JOHNSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:23-cv-00433** |
| | ) | |
| **TOWN OF PINCKARD, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF REMOVAL

Under 28 U.S.C. §§ 1331, 1343, 1367, 1441, and 1446, defendants the Town of Pinckard, the Pinckard Police Department, and Adam Bruhn (collectively "the Defendants") give notice of removal of this action to the United States District Court for the Middle District of Alabama, Southern Division. As grounds for removal, the Defendants state:

1.      The grounds for removal of this action are (1) federal question jurisdiction under 28 U.S.C. § 1331 and (2) civil rights jurisdiction under 28 U.S.C. § 1343. The complaint asserts a 42 U.S.C. § 1983 claim for the deprivation of rights under the Fourth and Fourteenth Amendments to the United States Constitution. (Compl. at 4-5, ¶¶ 20-24.)

2.      The Court has supplemental jurisdiction over the complaint's state law claims under 28 U.S.C. § 1367. (Compl. at 5-9, ¶¶ 25-77.)

1

3. This Notice of Removal is filed within thirty days of the first defendant's receipt of a copy of the initial pleading setting forth the claims for relief upon which this action is based. Adam Bruhn was served June 20, 2023. The Town of Pinckard and the Pinckard Police Department were served June 21, 2023.

4. All defendants that have been joined and served in this action join in this Notice of Removal.

5. This action is removed from the Circuit Court of Dale County, Alabama, which lies within the Southern Division of the Middle District of Alabama. *See* 28 U.S.C. § 81(b)(2).

6. Copies of all process, pleadings, and orders served upon these Defendants in this action are attached to this Notice.

7. Notice of the filing of this Notice of Removal will be promptly served on Johnson's counsel of record and filed with the Clerk of Court for Dale County, Alabama.

*/s/ James H. Pike*
James H. Pike
Alabama State Bar ASB-5168-P63J
SHEALY, PIKE & HORNSBY
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
Email: jpike@shealypikelaw.com

2

3

Attorney for Defendants
The Town of Pinckard, the Pinckard Police
Department, and Adam Bruhn

## Certificate of Service

I, James H. Pike, certify that on July 19, 2023, I electronically served this

document, via the CM/ECF system, upon:

David J. Harrison
254 S. East Avenue
Ozark, Alabama 36360

/s/ James H. Pike
James H. Pike