IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES WILLIAM JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL CASE. NO.  1:23-cv-433-ECM |
| ) | |
| TOWN OF PINCKARD, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

In accordance with the order entered on March 26, 2024, it is the

ORDER, JUDGMENT and DECREE of the Court that final judgment is entered against the Plaintiff James William Johnson and in favor of the Defendants (the Town of Pinckard, the Pinckard Police Department, and Adam Bruhn) on the federal claims brought in this case.

The Court declines to exercise supplemental jurisdiction over the state law claims in this case pursuant to 28 U.S.C. § 1367, and those claims are DISMISSED without prejudice.

Costs are taxed against the Plaintiff for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 26th day of March, 2024.

                                /s/ Emily C. Marks  
                                EMILY C. MARKS  
                                CHIEF UNITED STATES DISTRICT JUDGE