IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES WILLIAM JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL CASE. NO. 1:23-cv-433-ECM |
| | ) | |
| TOWN OF PINCKARD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AND AMENDED FINAL JUDGMENT**

Now pending is the Plaintiff's motion to alter the judgment (doc. 18) pursuant to Rule 59 of the Federal Rules of Civil Procedure. That motion is due to be granted.

This case was originally removed to this Court from the Circuit Court of Dale County, Alabama on July 19, 2023. On March 26, 2024, this Court entered a final judgment (doc. 18) in which it dismissed the Plaintiff's federal law claims and declined to exercise jurisdiction over the Plaintiff's state law claims. In the final judgment (doc. 18), the Court dismissed the state law claims without prejudice. (*Id.*). However, "[b]ecause this case was originally filed in state court and removed to federal court pursuant to 28 U.S.C. § 1441 . . . [J]ohnson's] remaining claims[s] should be remanded to state court." See *Cook ex rel. Est. of Tessier v. Sheriff of Monroe Cnty.*, 402 F.3d 1092, 1123 (11th Cir. 2005) (citing *Lewis v. City of St. Petersburg*, 260 F.3d 1260, 1267 (11th Cir. 2001)). Accordingly, it is

ORDERED that the Plaintiff's motion (doc. 19) is GRANTED and the Final Judgment (doc. 18) is amended to the extent that final judgment is entered against the

Plaintiff James William Johnson and in favor of the Defendants (the Town of Pinckard, the Pinckard Police Department, and Adam Bruhn) on the federal claims brought in this case.

The Court declines to exercise supplemental jurisdiction over the state law claims in this case pursuant to 28 U.S.C. § 1367, and the Clerk is DIRECTED to remand this case to the Circuit Court of Dale County, Alabama.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 5th day of April, 2024.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE